PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00174-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| JOSE GUTIERREZ-CALLADO | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on February 13, 2024.

2. The United States and defendant, Jose Gutierrez-Callado, request that the Court vacate the current trial date as to Mr. Gutierrez-Callado only, and set this matter for a change of plea hearing on January 22, 2024. No exclusion of time is necessary as time was previously excluded up to and including February 13, 2024.

STIPULATION TO SET CHANGE OF PLEA HEARING         1

| | |
|---|---|
| Dated: November 15, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Antonio J. Pataca*<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  November 15, 2023 | /s/ *Richard Beshwate*<br>Attorney for Defendant Jose Gutierrez-Callado |

STIPULATION TO SET CHANGE OF PLEA HEARING      2

## **ORDER**

IT IS SO ORDERED that the jury trial set for February 13, 2024 and trial confirmation set for January 22, 2024 are vacated. A change of plea hearing is set for **January 22, 2024, at 8:30 a.m. before the District Judge.** Time was previously excluded through February 13, 2024.

IT IS SO ORDERED.

Dated:   **November 16, 2023**         /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE