1  RICHARD BESHWATE, SBN  179782
2  Attorney at Law
   1330 L Street, Suite D
3  Fresno, CA 93721
   (559) 266-5000
4

5

6
                       UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              **Case No.** 1:20-CR-00174-DAD-BAM

10         Plaintiff,                      STIPULATION AND ORDER TO
                                           CONTINUE SENTENCING
11     v.

12  JOSE GUTIERREZ- CALLADO,

13         Defendant.

14

15
        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16
   counsel, RICHARD BESHWATE, JR, attorney for Defendant JOSE GUTIERREZ- CALLADO
17
   and ANTONIO J. PATACA, Assistant U.S. Attorney for Plaintiff, that the hearing currently
18
   scheduled for Monday April 8, 2024, at 9:30 a.m. shall be continued until June 5,2024, at 8:30
19
   a.m.
20
        1.  Mr. Gutierrez- Callado is detained in Central Valley Annex (CVA)
21
        2.  Defense attorney will be commencing a 6-week trial starting April 02, 2024.
22
        The parties stipulate that the time until the next hearing should be excluded from the
23
   calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are
24
   served by the court excluding such time, so that counsel for the defendant may have reasonable
25
   time necessary for effective preparation, taking into account the exercise of due diligence.  18
26
   U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served
27
   by granting this continuance and outweigh the best interests of the public and the defendant in a
28

speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: March 28, 2024                    Respectfully submitted,

    /s/ Richard Beshwate__
RICHARD BESHWATE
Attorney for Defendant,
JOSE GUTIERREZ- CALLADO

Dated: March 28, 2024                    Respectfully submitted,

    /s/ Antonio J. Pataca__
ANTONIO J. PATACA
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from April 8, 2024, to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **March 29, 2024**                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE