IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE GUTIERREZ-CALLADO, <br> Defendant. | Case No.: 1:20-CR-00174-NODJ-BAM <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on June 5, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 06-05-2024

Honorable Linda Lopez
District Court Judge