1  Richard A. Beshwate jr., Esq (#179782)
   The Law Offices of Richard A. Beshwate. Jr.
2  1330 L Street, Suite D
   Fresno, CA 93721
3  Telephone: (559) 266-5000

4

   Attorney for Defendant: JOSE GUTIERREZ- CALLADO
5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         No.  1:20-CR-00174-DAD-BAM

12                Plaintiff,
                                      **MOTION TO TERMINATE CJA
13       v.                           APPOINTMENT OF RICHARD BESHWATE
                                      AS ATTORNEY OF RECORD AND ORDER**
14  JOSE GUTIERREZ- CALALDO

15                Defendant.

16

17

18
        On, Defendant Jose Gutierrez Callado was indicted on federal charges.  CJA Panel
19
   Attorney Richard Beshwate was appointed as trial counsel to represent Mr. Jose Gutierrez Callado
20
   on **September 30, 2020** in his criminal case.  Mr. Jose Gutierrez Callado was sentenced pursuant
21
   to plea agreement on June 5, 2024. The time for filing a direct appeal was No direct appeal was
22
   filed.   Jose Gutierrez Callado was in custody at sentencing. The trial phase of Mr. Callado`s
23
   criminal case has, therefore, come to an end.   Having completed his representation of Mr.
24
   Callado`s CJA attorney Richard Beshwate now moves to terminate his appointment under the
25
   Criminal Justice Act.
26
        Should Mr. Callado require further legal assistance he/she has been advised to contact the
27
   Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
28

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.
3  Dated: 08/13/2024                                      Respectfully submitted,

5                                                \s\ Richard A. Beshwate, Jr.
                                                 Richard Beshwate, Attorney for
6                                                Defendant, Jose Gutierrez Callado

**ORDER**

Having reviewed the notice and found that attorney Richard Beshwate has completed the services for which he was appointed, the Court hereby grants attorney Beshwate`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jose Guttierez-Callado at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Jose Gutierrez Callado

660 E. Beacon Avenue

Tulare, CA 93274

**IT IS SO ORDERED**

DATED:  August 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE